UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 15-00140 DDP (PLAx)                                     Dated: March 26, 2015

Title:   CROSSROAD PETROLEUM, INC., a California corporation; MURPHY PETROLEUM, INC., a California corporation; BALBOA PETROLEUM, INC. a California corporation; TAMARACK PETROLEUM, INC., a California corporation; SB PETROLEUM, INC., a California corporation; UM PETROLEUM, INC., a California corporation; BARTON PETROLEUM, INC., a California corporation; CITRUS PETROLEUM, INC., a California corporation; THRIFTY PETROLEUM, INC., a California corporation; HK PETROLEUM, INC., a California corporation; NATIONAL CITY COMPLEX,INC., a California corporation; A&A HOLDINGS, INC., a California corporation; MERCED MARKET, INC., a Washington corporation -v- BP WEST COAST PRODUCTS LLC, a California limited liability company; RETALIX LTD., an Israeli business

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                    <u>None Present</u>
Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                          None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT FILED BY PLAINTIFF CROSSROAD PETROLEUM, INC. (**DOCKET NUMBER 16**) set for March 30, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                          Initials of Deputy Clerk: JAC
CIVIL -- GEN