# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-00140 DDP (PLAx) | Date | June 16, 2015 |

Title   CROSSROAD PETROLEUM, INC., a California corporation; MURPHY PETROLEUM, INC., a California corporation; BALBOA PETROLEUM, INC. a California corporation; TAMARACK PETROLEUM, INC., a California corporation; SB PETROLEUM, INC., a California corporation; UM PETROLEUM, INC., a California corporation; BARTON PETROLEUM, INC., a California corporation; CITRUS PETROLEUM, INC., a California corporation; THRIFTY PETROLEUM, INC., a California corporation; HK PETROLEUM, INC., a California corporation; NATIONAL CITY COMPLEX,INC., a California corporation; A&A HOLDINGS, INC., a California corporation; MERCED MARKET, INC., a Washington corporation -V- BP WEST COAST PRODUCTS LLC, a California limited liability company; RETALIX LTD., an Israeli business

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED:**

Plaintiffs' Motion to Remand (Dkt. 16) is DENIED.  The parties are ordered to file cross-briefs, not to exceed five pages, explaining why this case should or should not be stayed.  Such briefs shall be filed no later than June 25, 2015.

The SCHEDULING CONFERENCE is continued from June 29, 2015 to July 27, 2015 at 3:30 p.m.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |