UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

[WESTERN DIVISION]

| | |
|---|---|
| CROSSROAD PETROLEUM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br> Defendants. | Case NO.: 2:15-cv-00140-DDP-PLA <br><br> **ORDER OF DIMISSAL OF CERTAIN CLAIMS** |

**ORDER**

Pursuant to the parties' Stipulation of Dismissal With Prejudice of Plaintiffs' Gas-Pricing Claims ("Stipulation") filed July 7, 2016 (Doc. # 60), the Court finds the following:

1. The gas sales and pricing claims are dismissed with prejudice; and

2. All parties will bear their own costs and attorneys' fees with respect to the dismissed claims.

IT IS SO **ORDERED.**

DATED: July 14, 2016          By: _____
                                          Honorable Dean D. Pregerson
                                          Judge

ORDER OF DISMISSAL OF CERTAIN CLAIMS